49403-75006 (RER)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

**STATE FARM FIRE AND**
**CASUALTY COMPANY,**

    **Plaintiff,**

Vs.                                                                           **Docket No. 13-2650-Ma**

**JESSICA L. HOWARD, MARK DODSON,**
**SHARIKA JACKSON, TAYLOR MAYES,**
**RASHAMAN HARPER,**
**DANIELLE FITZPATRICK, and**
**HIGHLAND CREEK APARTMENTS**

    **Defendants.**

## NOTICE OF VOLUNTARY DISMISSAL

    COMES now Plaintiff State Farm Fire and Casualty Company, by and through counsel, pursuant to Rule 41 of the Federal Rules of Civil Procedure, and moves that any and all of Plaintiff's claims against Defendant Mark Dodson in this matter be dismissed without prejudice.

    Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure allows a party to voluntarily dismiss a party to an action without a court order by filing a notice of dismissal before the party serves either an answer or a motion for summary judgment. Defendant Mark Dodson has not been served, has not filed an answer, nor has he filed a motion for summary judgment in this matter.

    Pursuant to Local Rule 7.1 of the Local Rules of the United States District Court for the Western District of Tennessee, Plaintiff's undersigned counsel certifies that he

49403-75006 (RER)

has conferred with counsel for the remaining Defendants in this matter and they have no objection to the relief sough herein.

    Accordingly, Plaintiff respectfully moves this Court for an Order voluntarily dismissing Defendant Mark Dodson from this action without prejudice.

    Respectfully submitted,

    RAINEY, KIZER, REVIERE & BELL, P.L.C.

By:   s/ Jonathan D. Stewart
      RUSSELL E. REVIERE , BPR #07166
      JONATHAN D. STEWART, BPR #023039
      *Attorneys for Plaintiff State Farm Fire and Casualty Company*
      209 E. Main Street
      P.O. Box 1147
      Jackson, TN 38302‑1147
      (731) 423-2414

49403-75006 (RER)

## CERTIFICATE OF SERVICE

The undersigned certifies that a true copy of this pleading or document was served upon the following via this Court's CM/ECF system or by mailing postage prepaid or by delivery to the person or office of such counsel:

| | |
|---|---|
| KEVIN D. BERNSTEIN (18543)<br>Attorney for Defendant Highland Creek Apartments<br>175 Toyota Plaza, Suite 8000<br>Memphis, Tennessee 38103<br>(901) 523-1333 | JOHN H. PARKER, II (20920)<br>Attorney for Defendants Taylor Mayes and Danielle Fitzpatrick<br>8 S. Third Street, Fifth Floor<br>Memphis, Tennessee 38103<br>(901) 522-8200 |
| BARRY J. McWHIRTER (21601)<br>Attorney for Defendants Taylor Mayes and Danielle Fitzpatrick<br>62 N. Main Street, Suite 401<br>Memphis, TN 38103<br>(901) 522-9055 | ALICIA A. HOWARD (#14119)<br>Attorney for Defendant Jessica Howard<br>2707 Union Ave. Extd.<br>Memphis, Tennessee 38112<br>(901) 684-4101 |
| SHARIKA JACKSON<br>Defendant<br>1317 Labrador Lane<br>Memphis, TN 38116 | RASHAMAN HARPER<br>Defendant<br>544 Clower Road<br>Memphis, TN 38109 |

MARK DODSON
Defendant
4538 Tammy Lane/ 3092 Walpole Avenue
Memphis, TN 38116/ Memphis, TN 38118

This the 7th day of April, 2014.

                                                           s/Jonathan D. Stewart