**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

| | | |
|---|---|---|
| STATE FARM FIRE AND CASUALTY COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| JESSICA L. HOWARD, MARK DODSON, SHARIKA JACKSON, TAYLOR MAYES, RASHAMAN HARPER, DANIELLE FITZPATRICK, and HIGHLAND CREEK APARTMENTS, | ) ) ) ) ) ) | No. 2:13-cv-2650-SHL-cgc |
| Defendants. | ) ) | |

## JUDGMENT

**JUDGMENT BY COURT.**  This action having come before the Court on Plaintiff's Complaint for Declaratory Judgment (ECF No. 1), filed August 22, 2013,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with this Court's Order Granting Plaintiff's Motion for Summary Judgment (ECF No. 54) and issuing a declaratory judgment relieving Plaintiff of any duty to defend or indemnify Defendants in the Circuit Court of Shelby County for the Thirtieth Judicial District at Memphis, case number CT-001329-13, this cause is hereby DISMISSED.

APPROVED:

s/ SHERYL H. LIPMAN
UNITED STATES DISTRICT JUDGE

December 9, 2014
Date